UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MONICA NICOLE CAUSEY,

        Plaintiff,

v.                                ACTION NO. 2:13cv444

UNITED STATES OF AMERICA,

        Defendant.

## FINAL ORDER

This matter comes before the court on the defendant's Motion to Dismiss for Lack of Jurisdiction (ECF No. 10) filed by the defendant on September 10, 2013. The matter was referred to United States Magistrate Douglas E. Miller by Order of September 25, 2013, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) Federal Rule of Civil Procedure 72(b) (ECF No. 14).

The Magistrate Judge's Report and Recommendation was filed on October 2, 2013 (ECF No. 15). The Magistrate Judge recommended that the court grant defendant's Motion to Dismiss.

By copy of the Report and Recommendation, the parties were advised of their right to file written objections thereto. On October 16, 2013, the court received plaintiff's Objections to the Magistrate Judge's Report and Recommendation (ECF No. 16).

The court, having examined the objections to the Report and Recommendation and having made de novo findings with respect thereto, does hereby adopt and approve in full the findings and recommendations

set forth in the Report and Recommendation of the United States Magistrate Judge filed October 2, 2013. Accordingly, the court **GRANTS** defendant's Motion to Dismiss.

The Clerk shall forward a copy of this Final Order to counsel for the parties.

It is so **ORDERED**.

                                        /s/
                            Rebecca Beach Smith
                                Chief
                        United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

November 12, 2013